IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2011 JUN 27 AM 11: 55
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES A. BIGGLEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-113 |
| | ) | |
| PEARSON DELOACH, CHRIS FORAN, | ) | |
| BETH ROBINSON, and SEAN | ) | |
| BRANDON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA